[No. 35727-1-I.    Division One.    June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
TAPPAN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-1-01713-2, James H. Allendoerfer,
J., entered December 1, 1994. *Affirmed* by unpublished per
curiam opinion.

[No. 35952-5-I.    Division One.    June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD
ELMORE, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 88-1-00423-7, Michael F. Moynihan, J.,
entered December 19, 1994. *Affirmed* by unpublished per
curiam opinion

[No. 36307-7-I.    Division One.    June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARO
ARNAOPONCE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07108-1, Brian D. Gain, J., entered Feb-
ruary 17, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36380-8-I.    Division One.    June 17, 1996.]

SEATTLE FIRST NATIONAL BANK, *Respondent*, v.
RACHAEL M. GREENLEE, *Defendant*, A. GRAHAM
GREENLEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-25307-4, Michael Spearman, J., entered
January 6, 1995. *Dismissed* by unpublished per curiam
opinion.